Vedey v. Hillsborough DOC          CV-01-281-M     01/14/02   X
                    UNITED STATES DISTRICT COURT

                       DISTRICT OF NEW HAMPSHIRE


Tomas Maurin Vedey,
        Plaintiff

        v.                                    Civil No. 01-281-M
                                              Opinion No. 2002 DNH 013X
Hillsborough County
Department of Corrections,
        Defendant


                              O R D E R


        The Magistrate Judge's Report and Recommendation is approved

and adopted for the reasons given.  The case is dismissed.  This

dismissal counts as a strike against the plaintiff under

28 U.S.C. § 1915(g).


        **SO ORDERED.**


                              _____
                              Steven J. McAuliffe
                              United States District Judge

January 14, 2002

cc:  Tomas Maurin Vedey